**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

TSX Toys, Inc.,

Plaintiff,

v.

665, Inc., a California Corporation; Curtis A. Thompson, an Individual; XR Realty LLC dba XR Brands, a California Limited Liability Company; XR, LLC, a Maryland Limited Liability Company; Ari H. Suss, an Individual; CA-WA Corp, a California Corporation; James R. Sicilia, an Individual, Eldorado Trading Company II, Inc., a Colorado Corporation; Daniel L. Cossette dba AAV Ltd, an individual; KT Video, also dba KT's Video, a business entity of unknown status; Shane Nelson dba SLS Specialty, an individual; and DOES 1-10,

Defendants.

Case No. 5:14-cv-02400-RGK-DTB
Hon. R. Gary Klausner

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S CLAIMS AGAINST JAMES R. SICILIA, CA-WA CORP., CURTIS THOMPSON, 665, INC., DANIEL L. COSSETTE DBA AAV LTD., AND KT VIDEO, INC. AND MOTION TO STRIKE STATUTORY DAMAGES**

Date: March 30, 2015
Time: 9:00 a.m.
Place: Courtroom 850

Defendants, CA-WA Corp., James R. Sicilia, 665, Inc., KT Video, Daniel L. Cossette dba AAV Ltd., and Curtis Thompson, (collectively "Defendants") motion to dismiss the claims against them pursuant to Fed. R. Civ. P. 12(b)(6) and strike Plaintiff's request for statutory damages pursuant to Fed. R. Civ. P. 12(f), was heard in Courtroom 850 of the above-identified Court, on March 30, 2015 before the Honorable R. Gary Klausner.

After full consideration of the papers submitted by the Movants and by Plaintiff, the oral arguments of counsel, other matters presented to the Court, and for GOOD CAUSE shown, the Court finds as follows:

Defendants James R. Sicilia and Curtis A. Thompson's Motion to Dismiss Plaintiff's Complaint pursuant to Fed. R. Civ. P. 12(b)(6) against them as individuals is GRANTED with prejudice;

Defendants' Motion to Dismiss Plaintiff's cause of action for Copyright Infringement pursuant to Fed. R. Civ. P. 12(b)(6) is GRANTED with prejudice;

Defendants' Motion to Dismiss Plaintiff's causes of action for trademark/trade dress infringement and false designation of origin pursuant to Fed. R. Civ. P. 12(b)(6) is GRANTED with prejudice;

Defendants' Motion to Dismiss Plaintiff's causes of action for removal of copyright information pursuant to Fed. R. Civ. P. 12(b)(6) is GRANTED with prejudice;

Defendants' Motion to Dismiss Plaintiff's causes of action for unfair competition under Cal. Bus. & Prof. Code § 17200 et seq. pursuant to Fed. R. Civ. P. 12(b)(6) is GRANTED with prejudice;

Defendants' Motion to Strike Plaintiff's requests for statutory damages on its copyright claims is dismissed pursuant to Fed. R. Civ. P. 12(f) is GRANTED with prejudice.

///

///

IT IS SO ORDERED:

Dated: March _______, 2015 ________________________________

Hon. R. Gary Klausner
United States District Judge

3

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS AND STRIKE STATUTORY DAMAGES**

## CERTIFICATE OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 35 Hughes Alley, Suite 210, Pasadena, California 91103. On February 18, 2015, I hereby certify that I served the document(s) entitled **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S CLAIMS AGAINST JAMES R. SICILIA, CA-WA CORP., CURTIS THOMPSON, 665, INC., DANIEL L. COSSETTE DBA AAV LTD., AND KT VIDEO, INC. AND MOTION TO STRIKE STATUTORY DAMAGES** by delivering them to:

Michael D Harris
Marina L. Lang
Socal IP Law Group LLP
310 North Westlake Boulevard Suite 120
Westlake Village, CA 91362-3788
805-230-1350
Fax: 805-230-1355
Email: mharris@socalip.com; mlang@socalip.com
*Attorneys for Plaintiffs*

Jonathan W Brown
Lipsitz Green Scime & Cambria LLP
42 Delaware Avenue Suite 120
Buffalo, NY 14202
716-849-1333
Fax: 716-849-1315
Email: jbrown@lglaw.com
*Attorneys for Defendants, XR Realty LLC, XR LLC, Ari H. Suss, Eldorado Trading Company II Inc., and Shane Nelson*

**[X]** **BY MAIL**: I enclosed a copy of said document in a post-paid envelope, addressed to each of the addressees referenced above, and deposited said envelope(s) in a U.S. Mail box. **[And CM/ECF]**

**[ ]** **BY EMAIL:** I caused said document to be sent via email to the office(s) of the addressee(s) so designated.

**[ ]** **VIA HAND DELIVERY:** I caused a copy of the document(s) to be sent via hand delivery to the above addressee(s) to the address(es) listed above.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed February 18, 2015 at Pasadena, California

s/Elaine Cruz
______________________________
ELAINE CRUZ