1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TSX Toys, Inc., <br><br> Plaintiff, <br> v. <br><br> 665, Inc., a California Corporation; Curtis A. Thompson, an Individual; XR Realty LLC dba XR Brands, a California Limited Liability Company; XR, LLC, a Maryland Limited Liability Company; Ari H. Suss, an Individual; CA-WA Corp, a California Corporation; James R. Sicilia, an Individual, Eldorado Trading Company II, Inc., a Colorado Corporation; Daniel L. Cossette dba AAV Ltd, an individual; KT Video, also dba KT's Video, a business entity of unknown status; Shane Nelson dba SLS Specialty, an individual; and DOES 1-10, <br><br> Defendants. | Case No. 5:14-cv-02400-RGK-DTB <br> Hon. R. Gary Klausner <br><br> **[PROPOSED] ORDER DISMISSING CASE WITHOUT PREJUDICE AND WITHDRAWING THE MOTION TO DISMISS AND STRIKE [DOC. 50] AS TO DANIEL L. COSSETTE DBA AAV LTD. ONLY** |

# ORDER

Based upon the Joint Stipulation of the Parties, and good cause being shown, the Court orders this action dismissed without prejudice as to Defendant Daniel L. Cossette dba AAV Ltd. only. Each party to bear its own attorneys' fees and costs.

The Motion to Dismiss Plaintiff's Claims for Copyright Infringement, Trademark/Trade Dress Infringement, Unfair Competition Pursuant to Cal. Bus. & Prof. Code § 17200 et seq. and False Designation of Origin for failure to state a claim; and Motion to Strike Plaintiff's Requests for Statutory Damages on its claims for Copyright Infringement, is withdrawn as to Daniel L. Cossette dba AAV Ltd only.

**IT IS SO ORDERED**

Dated: March 19, 2015

_____
Hon. R. Gary Klausner
United States District Judge