**REDACTED AS TO FOREPERSON'S SIGNATURE**

FILED
CLERK, U.S. DISTRICT COURT
JAN - 7 2016
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TSX TOYS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> 665, INC., et al, <br><br> Defendants. | Case No. ED CV 14-02400-RGK (DTBx) <br><br> **VERDICT** |

We, the jury in the above entitled action find as follows:

1. Have plaintiffs TSX Toys, Inc. and Tia Loya proved by a preponderance of evidence that plaintiffs hold a valid Copyright on:

   (1) Standing Tall                    ✓ YES    ___ NO
   (2) Standing Tall 3 Extra Inches     ✓ YES    ___ NO
   (3) 2 Inch Veinzy Extension          ___ YES  ✓ NO
   (4) 1.75 Inch Veinzy Extension       ___ YES  ✓ NO

2. If you have answered no to all questions in #1, proceed to question 5.

3. If you have answered yes to as to any valid Copyright found in #1, have plaintiffs proved by a preponderance of evidence that defendants CA-WA Corporation and James Sicilia infringed that Copyright?

    (1) Standing Tall     ____ YES     ✓ NO
    (2) Standing Tall 3 Extra Inches     ____ YES     ✓ NO
    (3) 2 Inch Veinzy Extension     ____ YES     ✓ NO
    (4) 1.75 Inch Veinzy Extension     ____ YES     ✓ NO

4. If you have answered no to all questions in #3, proceed to question 5.

If you have answered yes to any item in #3, what is the statutory damage you find appropriate?

    (1)     $ _____
    (2)     $ _____
    (3)     $ _____
    (4)     $ _____

5. Have defendants CA-WA Corporation and James Sicilia proved by a preponderance of evidence that defendants hold a valid Copyright on:

    (1) LifeLike Dong with Balls     ✓ YES     ____ NO
    (2) Sleeve     ✓ YES     ____ NO
    (3) Veinzy     ✓ YES     ____ NO
    (4) Matador     ✓ YES     ____ NO

6. If you have answered no to all questions in #5, please sign and date the verdict.

7. If you have answered yes to as to any valid Copyright found in #5, have defendants proved by a preponderance of evidence that plaintiffs TSX Toys, Inc. and Tia Loya infringed that Copyright?

    (1) LifeLike Dong with Balls    \_\_\_\_ YES    ✓ NO

    (2) Sleeve    \_\_\_\_ YES    ✓ NO

    (3) Veinzy    ✓ YES    \_\_\_\_ NO

    (4) Matador    \_\_\_\_ YES    ✓ NO

8. If you have answered no to all questions in #7, please sign and date the verdict form.

If you have answered yes to any item in #7, what is the statutory damage you find appropriate?

    (1)     $ _____

    (2)     $ _____

    ((3))     $ 5,000

    (4)     $ _____

Signed this \_\_\_7\_\_\_ day of January, 2016 at Los Angeles, California.

**REDACTED**