# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TSX TOYS, INC.<br><br>PLAINTIFF(S)<br>v.<br>665, INC., et al.<br><br>DEFENDANT(S). | CASE NUMBER<br><br>ED CV14-02400-RGK (DTBx)<br><br>JUDGMENT ON THE VERDICT<br>FOR THE Counter Claimants |

This action came on for jury trial, the Honorable R. GARY KLAUSNER District Judge, presiding, and the issues having been duly tried and the jury having duly rendered its verdict,

IT IS ORDERED AND ADJUDGED that the Counter Claimants
JAMES SICILIA AND CA-WA CORPORATION

recover of the Counter Defendants
TIA LOYA AND TSX TOYS, INC.

the sum of $5,000.00 _____, with interest thereon at the legal rate as provided by the law, and its costs of action, taxed in the sum of _____.

Clerk, U. S. District Court

Dated: 01/07/2016

By S. WILLIAMS
Deputy Clerk

At: LOS ANGELES

cc: *Counsel of record*