Daniel Cotman (SBN 218315)
dan@cotmanip.com
Rasheed M. McWilliams (SBN 281832)
rasheed@cotmanip.com
Obi I. Iloputaife (SBN 192271)
obi@cotmanip.com
**COTMAN IP LAW GROUP, PLC**
35 Hugus Alley, Suite 210
Pasadena, CA 91103
(626) 405-1413/FAX (626) 316-7577
Attorneys for Defendants James R. Sicilia,
CA-WA Corp., 665, Inc., Curtis A. Thompson,
and KT Video, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TSX Toys, Inc., <br><br> Plaintiff, <br><br> v. <br><br> 665, Inc., a California Corporation; Curtis A. Thompson, an Individual; XR Realty LLC dba XR Brands, a California Limited Liability Company; XR, LLC, a Maryland Limited Liability Company; Ari H. Suss, an Individual; CA-WA Corp, a California Corporation; James R. Sicilia, an Individual, Eldorado Trading Company II, Inc., a Colorado Corporation; Daniel L. Cossette dba AAV Ltd, an individual; KT Video, also dba KT's Video, a business entity of unknown status; Shane Nelson dba SLS Specialty, an individual; and DOES 1-10, <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS | Case No. 5:14-cv-02400-RGK-DTB <br> Hon. R. Gary Klausner <br><br> **[TO BE FILED UNDER SEAL]** <br><br> **PROOF OF SERVICE OF COTMAN IP LAW GROUP PLC INVOICES, EXHIBIT A TO DECLARATION OF RASHEED McWILLIAMS TO REPLY IN SUPPORT OF DEFENDANTS' MOTION FOR ATTORNEY FEES** <br><br> Hearing: March 14, 2016 <br> Time: 9:00 a.m. <br> Courtroom: 850 <br> Location: Roybal |

---

1

**PROOF OF SERVICE OF COTMAN IP LAW GROUP, PLC INVOICES, EXHIBIT A**

# CERTIFICATE OF SERVICE

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 35 Hugus Alley, Suite 210, Pasadena, California 91103. On **February 29, 2016,** I hereby certify that I served the document(s) entitled **COTMAN IP LAW GROUP PLC INVOICES EXHIBIT A TO DECLARATION OF RASHEED McWILLIAMS TO REPLY IN SUPPORT OF DEFENDANTS' MOTION FOR ATTORNEY FEES** by delivering said document to the following addressee in the following manner:

| | |
|---|---|
| Michael D. Harris<br>Marina L. Lang<br>SOCAL IP LAW GROUP LLP<br>310 North Westlake Blvd., Suite 120<br>Westlake Village, CA 91362-3788<br>Phone: (805) 230-1350 • Fax: (805) 230-1355<br>alomonaco@socalip.com; mlang@socalip.com;<br>MHarris@socalip.com | ***Attorneys for Plaintiff TSX TOYS, INC.*** |

**[X]**    **BY EMAIL:** I caused said document to be sent via email to the office(s) of the addressee(s) so designated.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed March 1, 2016 at Pasadena, California

                                                    **s/Elaine Cruz**
                                                    ELAINE CRUZ