Rasheed M. McWilliams (SBN 281832)
rasheed@cotmanip.com
Daniel Cotman (SBN 218315)
dan@cotmanip.com
Obi I. Iloputaife (SBN 192271)
obi@cotmanip.com
**COTMAN IP LAW GROUP, PLC**
35 Hugus Alley, Suite 210
Pasadena, CA 91103
(626) 405-1413/FAX (626) 316-7577
Attorneys for Defendants James R. Sicilia,
CA-WA Corp., 665, Inc., and Curtis A. Thompson

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TSX Toys, Inc., <br><br> Plaintiff, <br><br> v. <br><br> 665, Inc., a California corporation; Curtis A. Thompson, an Individual; XR Realty LLC dba XR Brands, a California limited liability company; XR, LLC, a Maryland limited liability company; Ari H. Suss, an individual; CA-WA Corp, a California corporation; James R. Sicilia, an Individual, Eldorado Trading Company, a Colorado corporation, KT Video, a Texas corporation, Shane Nelson dba SLS Specialty, an individual, and JAB Holdings, Inc., a Delaware corporation, <br><br> Defendants. | Case No. 5:14-cv-02400-RGK-DTB <br> Hon. R. Gary Klausner <br><br> [PROPOSED] JUDGMENT |

///
///
///

|   |
|---|
| CA-WA Corp, a California corporation, )<br>James Sicilia, an individual, )<br> )<br>  Counterclaimants, )<br> )<br>  v. )<br> )<br>TSX Inc., a California Corporation, Tia )<br>Loya an individual, and Rodolfo Loya, )<br>an individual, )<br> )<br>  Counterclaim-Defendants ) |

This Court, following the trial of this matter on January 5, 2016, and having reviewed the Defendants' proposed judgment, **ORDERS** as follows:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

**JUDGMENT** is hereby entered in this matter in favor of Defendants CA-WA Corp. and James Sicilia on Plaintiffs TSX Toys, Inc. and Tia Loya's cause of action for common law copyright infringement.

**JUDGMENT** is hereby entered in this matter in favor of Defendants CA-WA Corp. and James Sicilia on Plaintiffs TSX Toys, Inc. and Tia Loya's cause of action for copyright infringement pursuant to 17 U.S.C §§ 101 *et seq.*

**JUDGMENT** is hereby entered in this matter in favor of Defendants CA-WA Corp. and James Sicilia and against Plaintiffs TSX Toys, Inc. and Tia Loya, on Plaintiffs' cause of action for removal or alteration of copyright information under 17 U.S.C. §§ 1202 *et seq.*

**JUDGMENT** is hereby entered in this matter in favor of Counterclaim-Plaintiffs CA-WA Corp. and James Sicilia and against Counterclaim-Defendants TSX Toys, Inc. and Tia Loya, on Counterclaim-Plaintiffs counterclaim for copyright infringement pursuant to 17 U.S.C §§ 101 *et seq.*

**JUDGMENT** is hereby entered in this matter in favor of Counterclaim-Plaintiffs CA-WA Corp. and James Sicilia and against Counterclaim-Defendants TSX Toys, Inc. and Tia Loya, on Counterclaim-Plaintiffs counterclaim for unfair competition pursuant to Cal. Bus. & Prof. Code §§ 17200 et seq.

Counterclaim-Plaintiffs TSX, Toys, Inc. and Tia Loya are jointly and severally **ORDERED** to pay $5,000 in damages for their infringement of Counterclaim-Plaintiffs CA-WA Corp. and James Sicilia's VEINZY copyright.

Dated: ~~April 27, 2016~~
JUN 2 8 2016

_____
Honorable R. Gary Klausner
United States District Court Judge