Rasheed M. McWilliams (SBN 281832)
rasheed@cotmanip.com
Daniel Cotman (SBN 218315)
dan@cotmanip.com
Obi I. Iloputaife (SBN 192271)
obi@cotmanip.com
**COTMAN IP LAW GROUP, PLC**
35 Hugus Alley, Suite 210
Pasadena, CA  91103
(626) 405-1413/FAX (626) 316-7577
Attorneys for Defendants James R. Sicilia,
CA-WA Corp., 665, Inc., and Curtis A. Thompson

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TSX Toys, Inc., | ) Case No. 5:14-cv-02400-RGK-DTB |
| | ) Hon. R. Gary Klausner |
| Plaintiff, | ) |
| v. | ) [PROPOSED] PERMANENT |
| | ) INJUNCTION ORDER |
| 665, Inc., a California corporation; Curtis | ) |
| A. Thompson, an Individual; XR Realty | ) |
| LLC dba XR Brands, a California limited | ) |
| liability company; XR, LLC, a Maryland | ) |
| limited liability company; Ari H. Suss, | ) |
| an individual; CA-WA Corp, a California | ) |
| corporation; James R. Sicilia, an | ) |
| Individual, Eldorado Trading Company, | ) |
| a Colorado corporation, KT Video, a | ) |
| Texas corporation, Shane Nelson dba | ) |
| SLS Specialty, an individual, and JAB | ) |
| Holdings, Inc., a Delaware corporation, | ) |
| | ) |
| Defendants. | ) |
| | ) |

///

///

///

1

| | |
|---|---|
| CA-WA Corp, a California corporation, <br> James Sicilia, an individual, <br><br> Counterclaimants, <br><br> v. <br><br> TSX Inc., a California Corporation, Tia Loya an individual, and Rodolfo Loya, an individual, <br><br> Counterclaim-Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER

WHEREAS a jury was empaneled and trial proceedings held in the matter of TSX Toys, Inc. v. 665, Inc., et al. (the "Action") beginning January 5, 2016;

WHEREAS Defendants CA-WA Corporation and James Sicilia ("Defendants") are found by this court to hold a valid copyrights for its "LifeLike Dong with Balls," "Sleeve," "Veinzy," and "Matador" works;

WHEREAS Plaintiffs TSX Toys, Inc. and Tia Loya ("Plaintiffs") have been found by this Court to infringe on the valid copyright for the "Veinzy" work and;

WHEREAS Plaintiffs have been found by this Court to hold invalid copyrights for their "2 Inch Veinzy Extension," and "1.75 Inch Veinzy Extension."

**IT IS HEREBY ORDERED AND DECREED** that:

A. Defendant's CA-WA Corporation and James Sicilia own all rights, titles and interests to the copyright for "Veinzy" listed in Exhibit A attached and

hereto incorporated by this reference. The copyright listed in Exhibit A is collectively referred to herein as "Defendant's Copyright".

B. Plaintiff's TSX Toys, Inc. and Tia Loya, together with their principals, affiliates, licensees, manufacturers, partners, managers, subsidiaries, suppliers, agents, attorneys, employees, employers, representatives, successors, assigns, transferees, and all persons acting in concert or participation with them, or at their direction or within their control who receive actual notice of the Injunction are hereby:

1. Restrained and enjoined from knowingly infringing the Defendant's Copyright, either directly or contributorily, in any manner, including generally, but not limited to manufacturing, importing, advertising, offering for sale, selling, or distributing any unauthorized product which features the Defendant's Copyright, copies of or confusingly similar reproduction of the Defendant's Copyright ("Unauthorized Products") or, hosting websites that are engaged in the manufacture, import, advertisement, offer for sale, sale or distribution of Unauthorized Products;

C. Plaintiffs shall make good faith requests in writing to all of their suppliers, domestic distributors, wholesalers licensees, employers, sub-licensees, assignees, retailers that they know or have reason to believe received any products infringing on the "Veinzy" copyright (1) to cease all advertising, distribution, sale, marketing,

promotion, or other exploitation of the "Veinzy" copyright (or any confusingly similar variations thereof), specifically through the sale of Plaintiffs' 1.75 Inch Veinzy Extension Product and 2 Inch Veinzy Extension Product (2) to remove all stock using the "Veinzy" copyright (or any confusingly similar variations thereof) from any method or manner of distribution and return such products to TSX Toys, Inc. or Tia Loya, who shall then deliver them to Defendants for destruction, specifically the Plaintiffs' 1.75 Inch Veinzy Extension Product and 2 Inch Veinzy Extension Product and (3) to request in writing that their respective licensees, sub-licensees, assignees, customers, retailers, and other downstream recipients of the infringed copyright products comply with the requirements of parts (1) and (2) of this section C.

D. Plaintiffs shall provide written notice of this Permanent Injunction Order (1) to each of their principals, partners, shareholders, agents, employees, employers, attorneys, representatives, successors, assigns, licensees, affiliated entities, and/or all entities under their control, and (2) to all suppliers, distributors, manufacturers, wholesalers, licensees, sub-licensees, assignees, retailers, and/or any other persons or entities in privity or acting in concert with Plaintiffs that they know or have reason to believe received the infringed copyright products (or any confusingly similar variations thereof), as well as to all domestic retailers and other distributors that Defendants are requesting in writing that Plaintiffs so notify. Plaintiffs shall

provide a copy of the Permanent Injunction Order as part of any such notice, which may be transmitted by email.

    E. Within thirty (30) days of the date of entry of this Permanent Injunction Order, Plaintiffs TSX Toys, Inc. and Tia Loya shall serve Defendants CA-WA Corporation and James Sicilia with a report in writing and under oath setting forth the manner in which they have complied with Section C and D of this Permanent Injunction Order, by providing (1) a copy of any notice or communication sent to anyone by Plaintiffs regarding the Permanent Injunction Order; (2) a list of all persons and entities to whom such notice or communication was sent; (3) a list of all persons and entities to which Plaintiffs have sold their 1.75 Inch Veinzy Extension Product and 2 Inch Veinzy Extension Product; and (4) turning over all of the 1.75 Inch Veinzy Extension Product and 2 Inch Veinzy Extension Products in the possession, custody or control of Plaintiffs or received for destruction by Plaintiffs as a result of the notice under this Order.

    F. This Court shall retain, continuing jurisdiction for purposes of enforcement of the Permanent Injunction Order. Violation of the Permanent Injunction Order shall expose Plaintiffs and all other persons bound by the Order to all applicable penalties, including contempt of Court.

///

///

IT IS SO ORDERED

Dated JUL 8 2016

GARY KLAUSNER
United States District Judge

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

**VA 1-974-465**

**Effective Date of Registration:**
July 10, 2015

### Title

**Title of Work:** Veinzy

### Completion/Publication

**Year of Completion:** 1992
**Date of 1st Publication:** January 16, 1992
**Nation of 1st Publication:** United States

### Author

- **Author:** James Sicilia
  **Author Created:** sculpture
  **Citizen of:** United States
  **Domiciled in:** United States
  **Year Born:** 1940

### Copyright Claimant

**Copyright Claimant:** James Sicilia
1360 W. First St., Pomona, CA, 91766, United States

### Rights and Permissions

**Organization Name:** Cotman IP Law Group PLC
**Address:** 35 Hugus Ally
Suite 210
Pasadena, CA 91103 United States

### Certification

**Name:** James Sicilia
**Date:** July 10, 2015
**Applicant's Tracking Number:** 1467-L001FC1

Page 1 of 1

**EXHIBIT A**

CAWA1212



**EXHIBIT A**

**CAWA1213**